**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BROOKVILLE GARDENS DEVELOPMENT, LLC,**
**& LEGACY DEVELOPERS, LLC** **PLAINTIFFS**

**V.** **NO. 3:26-CV-371-RPC-RP**

**NEF FRE AFFORDABLE HOUSING FUND, L.P.** **DEFENDANT**

**<u>ORDER GRANTING MOTION FOR EXTENSION</u>**

Now before this Court is the Plaintiff's *ore tenus* Motion for Extension of Time to Respond to the Order to Show Cause. The Court, having reviewed the Motion finds it to be well-taken and hereby GRANTS the Motion.

IT IS ORDERED AND ADJUDGED that the Plaintiff shall have fourteen (14) days from the date of the Order [3]—on or before **December 7, 2026**—to file its Response to the Order to Show Cause as directed by the Court in its November 23, 2026, Order [3].

SO ORDERED AND ADJUDGED, this, the 24th day of November, 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE

{D2550205.1}